# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel: (516) 877-1234   Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

Michael Flynn, Esq., Of Counsel

Offices throughout the Northeast
Toll Free: (866) 877-FELA

October 17, 2018

Judge David N. Hurd
Magistrate David E. Peebles
United States District Court
Northern District of New York,
445 Broadway
Albany, NY 12207-2936

RE: PATRICK M. BROWNING V. NORFOLK SOUTHERN RAILWAY CORP.
    18 Civ. 285 (DNH/DEP)

Dear Honorable Sirs:

My firm represents the plaintiff in the above-captioned matter. We request that the Court remove attorney Manuel Palaguachi (MPalaguachi@felaattorney.com) appearance in this case and remove him from the ECF due to the fact that he is no longer with this firm.

Respectfully submitted,

Marc Wietzke

MW:EF
Cc: Andrew J. Rolfes, Esq.
    Cozen O'Connor
    One Liberty Place
    1650 Market Street, Suite 2800
    Philadelphia, PA 19103